# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **MATTHEW HENNIE, on behalf of himself and others similarly situated,** ) ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION FILE** |
| **v.** ) | |
| ) | **NO. 1:18-cv-02045-WSD** |
| **ICOT HEARING SYSTEMS, LLC d/b/a LISTENCLEAR and ICOT HOLDINGS, LLC,** ) ) ) | **JURY TRIAL DEMANDED** |
| ) | |
| **Defendants.** ) | |
| ) | |
| ) | |
| **ICOT HEARING SYSTEMS, LLC,** ) | |
| ) | |
| **Third-Party Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **PROSPECTS DM INC.,** ) | |
| ) | |
| **Third-Party Defendant.** ) | |
| ) | |

### ICOT HEARING SYSTEMS, LLC d/b/a LISTENCLEAR'S
### THIRD-PARTY COMPLAINT AGAINST PROSPECTS DM INC.

COMES NOW Defendant/Third-Party Plaintiff ICOT Hearing Systems, LLC

d/b/a ListenClear ("ICOT Hearing") and pursuant to Rule 14 of the Federal Rules of

Civil Procedure files this its Third-Party Complaint against Third-Party Defendant

Prospects DM Inc. ("Prospects DM"), showing the Court as follows:

## PARTIES AND JURISDICTION

1.

Plaintiff Matt Hennie ("Plaintiff") originally filed this action against Defendant

ICOT Hearing and ICOT Holdings, LLC asserting claims for damages under the

Telephone Consumer Protection Act ("TCPA") arising out of calls regarding

ListenClear.

2.

ICOT Hearing is a Georgia corporation and is authorized to transact business in

the State of Georgia.

3.

Prospects DM is a Canadian corporation with a registered office address at 20

Hughson St. S Hamilton, ON L8N 2A1.  Prospects DM also has an office in the United

States at 701 Seagaze Drive, Suite D, Oceanside, California 92054.  Prospects DM

may be served with process through the rules of the HAGUE Service Convention.

4.

This Court has subject matter jurisdiction because of the Complaint filed by

Plaintiff.

5.

Prospects DM is subject to the personal jurisdiction of this Court.

6.

Venue is appropriate in this Court based on the underlying action.

## FACTUAL BACKGROUND

7.

Plaintiff alleges that Defendants are liable under the TCPA for telephone calls that Plaintiff and the putative class received.

8.

Among other things, Plaintiff alleges that Defendants are liable under the TCPA by commissioning pre-recorded telemarketing calls to cellular telephone numbers.

9.

ICOT Hearing entered into an agreement with Prospects DM, a marketing company, to perform certain marketing activities related to the sale of hearing aids.

## COUNT I - Implied and Equitable Indemnity and/or Contribution

10.

ICOT Hearing realleges and incorporates by reference each and every allegation set forth above, as though fully set forth herein.

11.

If ICOT Hearing is found liable for all or any portion of the claims raised by Plaintiff, then ICOT Hearing is entitled to a judgment that Prospects DM is liable to Plaintiff for equitable contribution, equitable indemnification, or other equitable apportionment.

12.

Prospects DM was responsible for being compliant with the TCPA and applicable law in conducting its marketing services.

13.

If Plaintiff sustained any injuries and/or damages as a result of calls that were not compliant with the TCPA or applicable law, it was due to the fault of Prospects DM, and not of ICOT Hearing.

14.

By virtue of the foregoing, ICOT Hearing is entitled to recover from Prospects DM any damages awarded to Plaintiff and against ICOT Hearing for negligence imputed to ICOT Hearing for injuries arising out of failure to ensure compliance with the TCPA.

-5-

15.

ICOT Hearing is entitled to indemnity implied by law, and/or by equity and good conscience.

16.

Accordingly, Prospects DM is liable to ICOT Hearing, in an amount to be proven at trial, for any amounts that Plaintiff may recover from ICOT Hearing, and all costs associated with this action, including reasonable attorneys' fees, together with such further and other relief as this Court deems appropriate.

## **PRAYER FOR RELIEF**

WHEREFORE, ICOT Hearing prays that:

(a)     ICOT Hearing have a trial by jury on all issues so triable;

(b)     This Court order Prospects DM to indemnify ICOT Hearing for any and all costs, losses, liabilities, expenses (including attorney's fees), judgments, and amounts actually and reasonably incurred in this action based on the conduct of Prospects DM;

(c)     That this Court award ICOT Hearing any and all further relief as it deems just and proper.

-6-

Respectfully submitted, this 24th day of July, 2018.

Respectfully submitted,

**FREEMAN MATHIS & GARY, LLP**

*/s/Matthew N. Foree*
Jill R. Johnson
Georgia Bar No. 602155
Matthew N. Foree
Georgia Bar No. 268702

*Attorneys for Defendants ICOT Hearing Systems, LLC and ICOT Holdings, LLC*

100 Galleria Parkway, Suite 1600
Atlanta, GA 30339-5948
Telephone: (770) 818-0000
Facsimile:  (770) 937-9960
jjohnson@fmglaw.com
mforee@fmglaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this day I electronically filed the within and foregoing

**DEFENDANTS ICOT HEARING SYSTEMS, LLC D/B/A LISTENCLEAR'S**

**THIRD-PARTY COMPLAINT AGAINST PROSPECTS DM INC.** with the

Clerk of Court using the CM/ECF system, which will automatically send electronic

mail notification of such filing to the following counsel of record:

Anthony L. Paronich, Esq.
Broderick & Paronich, P.C.
99 High Street, Suite 304
Boston, MA 02110
anthony@broderick-law.com

Matthew McCue, Esq.
Law Office of Matthew McCue
1 South Avenue, Third Floor
Natick, MA 01760
mmccue@massattorneys.net

Steven H. Koval, Esq.
The Koval Firm, LLC
3575 Piedmont Road, NE
Building 15, Suite 120
Atlanta, GA 30305
steve@kovalfirm.com

Submitted this 24th day of July, 2018.

/s/Matthew N. Foree
Matthew N. Foree
Georgia Bar No. 268702