# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MATTHEW HENNIE, on behalf of himself and others similarly situated, | : :  Civil Action File No. |
| | :  1:18-cv-2045-WMR |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| ICOT HEARING SYSTEMS, LLC D/B/A LISTENCLEAR and ICOT HOLDINGS, LLC, | : : : |
| | : |
| Defendants. | : |

## MOTION FOR ATTORNEYS' FEES, COSTS, AND INCENTIVE AWARD

Plaintiff, Matthew Hennie ("Plaintiff"), individually and on behalf of the class of persons he represents (the "Settlement Class"), moves this Court to grant an award of attorneys' fees in the amount of $400,000, litigation expenses in the amount of $19,250, and an incentive award for the Plaintiff in the amount of $5,000 for the reasons stated in the accompanying memorandum.

                              Respectfully submitted for Plaintiff,

Dated: July 9, 2019            By:  s/*Steven H. Koval*
                                        Steven H. Koval
                                        Georgia Bar No. 428905

THE KOVAL FIRM, LLC
3575 Piedmont Road
15 Piedmont Center, Suite 120
Atlanta, GA  30305
Telephone:  (404) 513-6651
Steve@KovalFirm.com

Matthew P. McCue
THE LAW OFFICE OF MATTHEW P. MCCUE
1 South Avenue, Suite 3
Natick, Massachusetts  01760
Telephone:  (508) 655-1415
Email:  mmccue@massattorneys.net

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

Edward A. Broderick
BRODERICK LAW, P.C.
99 High St., Suite 304
Boston, Massachusetts  02110
Telephone:  (617) 738-7080
Email:  ted@broderick-law.com

## **CERTIFICATE OF RULE 7.1 COMPLIANCE**

I hereby certify that on July 9, 2019, pursuant to L.R. 7.1D of the Northern District of Georgia, I hereby certify that this document was prepared in Times New Roman font, 14 point, pursuant to L.R. 5.1(C).

*/s/ Steven H. Koval*
Steven H. Koval

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing to all attorneys of record.

*/s/ Steven H. Koval*
Steven H. Koval