John Haible
74 Franklin St
Arlington MA 02474

Ph. 617-834-9153
Email. jhaible863@gmail.com

Clerk of Court
Hennie v. ICOT Hearing Systems, LLC d/b/a ListenClear
No. 1:18-CV-02045-WMRT
US District 2211 United States Courthouse
Northern District of Georgia
75 Turner Drive
SW Atlanta, GA 30303

8-23-19

To whom it may concern,

Per a notice received by me from Listen Clear Telemarketing, as described in paragraph 5 of the notice I John Haible wish to opt out and have excluded my name from the Hennie v. ListenClear Settlement as referenced above.

Please make note of this for the official record.

Respectfully,

John Haible

John Haible
74 Franklin St.
Arlington MA 02474


CERTIFIED MAIL


7000 0000 1411 3021


UNITED STATES POSTAL SERVICE


1000   30303

U.S. POSTAGE PAID
FCM LETTER
LITTLETON, MA
01460
AUG 28, 19
AMOUNT
$5.10
R2305K131704-01


FOREVER USA

Clerk of Court
Hennie v. ICOT HEARING SYSTEMS LLC
No. 1:18-CV-02045-WMRT
US District Court Northern District of Georgia
75 Turner Drive
SW Atlanta GA 30303