# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

|  |  |  |
|---|---|---|
| MATTHEW HENNIE, on behalf of himself and others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) | Case No. 1:18-CV-02045-WSD |
|  | ) | |
| v. | ) ) | |
| ICOT HEARING SYSTEMS, LLC, D/B/A LISTENCLEAR and ICOT HOLDINGS, LLC, et al. | ) ) ) ) | |
|  | ) | |
| Defendants, | ) ) | |

## NOTICE RELATED TO DEFENDANTS' CESSATION OF BUSINESS OPERATIONS

Now come Defendants, by and through undersigned counsel, and notifies the Court that it has reduced its work force by approximately 40 employees and has issued 60-day WARN notices to 72 employees.  ICOT is effectively ceasing and winding down its business operations.  The financial hardships experienced by the Defendants' business operations lead Defendants to conclude that a bankruptcy filing is imminent.  Defendants notify the Court accordingly inasmuch as this impacts Defendants' ability to comply with the terms of the Class Action Settlement

1

submitted to the Court and to be reviewed during the November 13, 2019 Final

Approval Hearing.

Respectfully submitted:

/s/ Helen Marie Mac Murray
Helen Marie Mac Murray (GA Bar #695713)
MAC MURRAY & SHUSTER LLP
6525 W. Campus Oval, Suite 210
New Albany, Ohio 43054
T:      614.939.9955
F:      614.939.9954
E:      hmacmuray@mslawgroup.com

*Counsel for Defendants ICOT Hearing Systems, LLC dba ListenClear and ICOT Holdings, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed with the Court's ECF electronic filing system, which will, in turn, electronically serve all counsel and parties of record on this 12th day of November, 2019.

Respectfully submitted:

/s/ Helen Marie Mac Murray
Helen Marie Mac Murray
*Counsel for Defendants ICOT Hearing Systems, LLC dba ListenClear and ICOT Holdings, LLC*