# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:18-cv-02045-WMR
## Hennie v. ICOT Hearing Systems, LLC et al
## Honorable William M. Ray, II

Minute Sheet for proceedings held In Open Court on 11/13/2019.

TIME COURT COMMENCED: 1:35 P.M.
TIME COURT CONCLUDED: 1:50 P.M.
TIME IN COURT: 00:15
OFFICE LOCATION: Atlanta
COURT REPORTER: Wynette Blathers
DEPUTY CLERK: Jennifer Lee

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Steven Koval representing Matthew Hennie<br>Helen Mac Murray representing ICOT Hearing Systems, LLC<br>Helen Mac Murray representing ICOT Holdings, LLC<br>Matthew McCue representing Matthew Hennie<br>Lisa Messner representing ICOT Hearing Systems, LLC |
| OTHER(S) PRESENT: | Steve Vernon and Matthew Whelan (Corporate Representatives for Defendants) |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MINUTE TEXT: | Defendants informed the Court that they do intend to file for a Chapter 11 bankruptcy petition and Plaintiff stated that this dos not change his desire to go forward with final order approving the settlement agreement. As there are no objections to the agreement or to Plaintiff's motion for |

|  |  |
|---|---|
|  | attorney fees, the Court will GRANT both motions. The Court finds attorney fees reasonable so long as it is limited to one third of any recovered funds paid out, not to exceed $400,000. Plaintiff is directed to email proposed orders for entry. |
| HEARING STATUS: | Hearing Concluded |