# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MATTHEW HENNIE, on behalf of himself and others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ICOT HEARING SYSTEMS, LLC, D/B/A LISTENCLEAR and ICOT HOLDINGS, LLC, et al.<br><br>　　　　Defendants. | Case No. 1:18-CV-02045-WMR |

## ORDER ON ATTORNEYS' FEES, EXPENSES, AND CLASS REPRESENTATIVE AWARD

1. The Court, having considered the materials submitted by Class Counsel in support of their request for attorneys' fees, expenses, and an incentive award (Doc. 26) and, following hearing and noting no objections thereto, finds the award of attorneys' fees, costs, and expenses appropriate and reasonable.

2. The Court approves payment of attorneys' fees, costs, and expenses to Class Counsel in the total amount of $400,000 in attorneys' fees and $19,250 in costs.

3. The Court approves of the payment of $200,000 in attorneys' fees and $19,250 in litigation expenses upon the entry of this Order.

4. The Court approves the payment of the remainder of attorneys' fees after Defendants fund the settlement in full.

5. Class Counsel have agreed that if Defendants fail to fund the settlement in full, Class Counsel will limit their attorneys' fees to 33.3% of the monies actually paid.

6. The Court also approves the incentive fee payment of $5,000 for Class Representative Matthew Hennie and specifically finds that amount to be reasonable in light of the service performed by Mr. Hennie for the class. This amount shall be paid from the Settlement Fund upon the entry of this Order.

**IT IS SO ORDERED** this 18th day of November, 2019.

*/s/ William M. Ray, II*

William M. Ray, II
United States District Judge
Northern District of Georgia